UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| hrMecca, Inc. | ) ) ) ) | Civil Action No. 1:25-12562-LTS |
| Plaintiff, | ) ) ) |  |
| v. | ) |  |
| Pension Technology Group LLC | ) ) ) |  |
| Defendant. | ) |  |

NOTICE OF SCHEDULING CONFERENCE

SOROKIN, D.J.

The Court will hold an Initial Scheduling Conference in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1 in a Remote Proceeding of the United States Courthouse in Boston, Massachusetts on

**June 16, 2026 at 3:30 PM**

Counsel and the parties shall comply with the terms of Fed. R. Civ. P. 16 and Local Rule 16.1 and, if this is a patent case Local Rule 16.6(A), except as stated below:

1. **Agenda Not Required**: Counsel may omit the agenda required by Local Rule 16.1 (B)(1) unless:
   a. Counsel believe that there are matters not otherwise addressed under LR 16.1 that the Court should address at the scheduling conference;
   b. This is a patent case; or
   c. Counsel are specifically directed to prepare such an agenda by the Court.

2. **Scheduling Order**: In most cases, the Court will issue a scheduling order at the conference in the form attached hereto. The Court may depart from the form in cases of relative complexity or simplicity or otherwise where justice may so require. The parties should attempt to agree on the relevant dates for discovery and motion practice. In a case of ordinary complexity, the parties should propose a schedule that calls for the completion of fact discovery, expert discovery, and motion practice

within one calendar year from the date of the scheduling conference.  The dates of the status conference and pretrial conference will be set by the Court.

3. **Discovery Event Limitations**: Counsel representing parties in relatively complex matters who expect to require relief from the limitations on discovery events set forth in Local Rule 26.2(c) should be prepared to address that issue at the scheduling conference.

4. **Settlement Proposals**: Each defendant shall present to the plaintiff(s) a written response to the plaintiff(s)' settlement proposal(s) no later than seven days prior to the scheduling conference.

5. **Session Standing Orders**: Attached to this Notice is a copy of general guidelines for this session.  Counsel should familiarize themselves with these guidelines.

*Please respond either way to the inquiry below* *

6. **Rule 16 Conference: In the joint submission**, **the parties shall state** whether they recommend that the Court should **(a)** cancel the Rule 16 Conference and adopt the parties joint statement; **(b)** permit counsel to attend the Rule 16 Conference by telephone or **(c)** convene an in-person Rule 16 Conference

By the Court,


/s/ Samantha Dore
Deputy Clerk to
Leo T. Sorokin, U.S.D.J.